AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 3:16 MJ-138 |
| JOHN TREUFELDT | ) |

## CRIMINAL COMPLAINT

I, Alfred Burney, the complainant in this case, state the following is true to the best of my knowledge and belief.

From on or about and between the dates of January 17, 2015 and March 1, 2015 in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) | Knowingly Receiving Child Pornography |

This criminal complaint is based on these facts:

See attached *Affidavit*, incorporated as though fully set forth herein.

X       Continued on the attached sheet

_____
Alfred Burney
Special Agent, Federal Bureau of Investigation

*Sworn to before me and signed in my presence.*

Date: March 16, 2016

_____
COLIN H. LINDSAY
United States Magistrate Judge

City and State: Louisville, Kentucky

JEK:JEL

## **AFFIDAVIT**

I, Alfred Burney, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI), since 2009, and am currently assigned to the Louisville Division of the FBI. While employed by the FBI, I have investigated federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography. I have gained experience through various trainings, conferences and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)(A)), in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, et seq.

2. I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that David John Treufeldt violated federal law by knowingly receiving and possessing child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A), (a)(5)(B), (b)(1) and (b)(2).

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested criminal complaint and arrest warrant, I have not included each and every fact known to

me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

4. John Treufeldt, a user of the Internet account at 7904 Bridlevista Road, Louisville, Kentucky 40228, has been linked to an online community of individuals who regularly send and receive child pornography via a website that operated on an anonymous online network. The website is described below and referred to herein as "Website A."[1] There is probable cause to believe that John Treufeldt knowingly received child pornography on "Website A."

5. According to data obtained from logs on "Website A," monitoring by law enforcement and other sources, a user with the user name "Elric" registered an account on "Website A" on February 25, 2015. According to the user "Elric's" profile, this user was a Normal Member of "Website A." Further, according to the Statistics section of this user's profile, the user "Elric" had been actively logged into the website for a total of 20 hrs, 1 mins, 10 secs between the dates of December 4, 2014 and February 28, 2015.

6. According to data obtained from logs on "Website A," monitoring by law enforcement, and other sources, on February 25, 2015, "Elric" with IP address 74.138.65.210 logged into "Website A" with a username and a password and accessed the post entitled "Latina Anal Part 1& 2". Among other things, this post contained preview images of a video depicting a young female child being orally penetrated by an adult penis.[2]

---

[1] The actual name of "Website A" is known to law enforcement. Disclosure of the name of the site would potentially alert its members to the fact that law enforcement action is being taken against the site and its users, potentially provoking members to notify other members of law enforcement action, flee, and/or destroy evidence. Accordingly, for purposes of the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified as "Website A."

[2] Copies of screen capture images referenced herein have been shown to the reviewing Magistrate Judge and will be maintained in a secure manner by Affiant.

7.  During the following additional sessions, the user "Elric" also browsed "Website A" after logging into "Website A" with a username and password. During these sessions, the user's IP address information was not collected.

8.  On February 25, 2015, the user "Elric" accessed a post that contained a link to an image that depicted a nude pre-pubescent female holding her legs spread apart, exposing her vagina.[3] That same date, "Elric" accessed a post that contained a link to an image that depicted a pre-pubescent female, nude from the waist down and her legs spread apart, exposing her vagina.[4]

9.  On March 15, 2016, law enforcement officials executed a federal Search Warrant on the residence of John Treufeldt in Louisville, Kentucky. During execution of the Search Warrant, Treufeldt agreed to be interviewed by affiant and FBI Special Agent Joseph Ranieri. During the course of the interview, Treufeldt admitted the following:

    a.  Accessing various websites on the Internet for the purpose of viewing and downloading child pornography;

    b.  Last viewing child pornography approximately one week ago;

    c.  Using the screen name "Elric" for several websites associated with child pornography;

    d.  Masturbating after viewing child pornography;

    e.  Maintaining a collection of child pornography videos and images on his computer – secured by encryption;

    f.  Deleting the child pornography several times, but reconstructing the collection after deleting; and

    g.  A preference for viewing images / videos of children ages 14-16.

---

[3] *Id.*
[4] *Id.*

10. Based on the foregoing, there is probable cause to believe that in or about and between December 4, 2014, and February 28, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, Treufeldt knowingly received child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), by using the Internet, a means or facility of interstate and foreign commerce, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

*[signature]*
Special Agent Alfred Burney
Federal Bureau of Investigation

Sworn to me this 16th day of March, 2016.

*[signature]*
COLIN H. LINDSAY
United States Magistrate Judge