# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**VS.**                 **CRIMINAL ACTION NUMBER: 3:16-MJ-138**

**JOHN TREUFELDT**                                                              **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, and was called in open Court on March 16, 2016 to conduct an initial appearance on a complaint.

APPEARANCES

| | |
|---|---|
| For the United States: | Jo Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, John Treufeldt- Present and in custody |
| Court Reporter: | Digital Recording |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein, and was advised of his rights.  The defendant advised the Court that he will retain counsel for future proceedings.

The United States having moved for detention,

**IT IS HEREBY ORDERED** that this case is scheduled for a preliminary and detention hearing on **March 21, 2016 at 1:00 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is **remanded** to the custody of the U.S. Marshal Service pending further order of the Court.

This 17th day of March, 2016

                                       **ENTERED BY ORDER OF THE COURT:**
                                       **COLIN H. LINDSAY**
                                       **UNITED STATES MAGISTRATE JUDGE**
                                       **VANESSA L. ARMSTRONG, CLERK**
                                       **BY:** *Theresa L. Burch* **- Deputy Clerk**

cc:  Counsel, USP

| 0|10 |