# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                       **CRIMINAL ACTION NUMBER: 3:16MJ-138**

**JOHN TREUFELDT**                                                                              **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on March 21, 2016 for a preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, John Treufeldt - Present and in custody |
| | Clark Baird - Retained Counsel - Present |
| Court Reporter: | Digital Recording |

The defendant, through counsel, waived his right to a preliminary hearing in open Court and executed the appropriate form to be filed into the record herein.

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **April 28, 2016 at 9:30 a.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

The Court heard arguments of counsel as to the matter of detention, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release. The defendant shall remain in the custody of the United States Marshals Service until the United States Probation Office obtains the location monitoring device.

This 22nd day of March, 2016

                                                **ENTERED BY ORDER OF THE COURT:**
                                                **COLIN H. LINDSAY**
                                                **UNITED STATES MAGISTRATE JUDGE**
                                                **VANESSA L. ARMSTRONG, CLERK**
                                                **BY: /s/ Theresa L. Burch - Deputy Clerk**

cc: Counsel, USP

1|05