AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**
VANESSA L. ARMSTRONG, CLERK
MAR 21 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 3:16 mJ-138 |
| John Treufeldt | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Treufeldt

Date: 3/21/16

_Attorney's signature_

J. Clark Baird  92452
_Printed name and bar number_

Office 504
200 South 7th St.     Louisville Ky 40202
_Address_

clark@jclarkbaird.com
_E-mail address_

(502) 583-3388
_Telephone number_

(502) 583-8007
_FAX number_