AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
MAR 21 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States of America )
v. )
John Traufeldt )   Case No. 3:16MJ-138
_Defendant_ )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3/21/16

_Defendant's signature_

_Signature of defendant's attorney_

J. Clark Baird  92452
_Printed name and bar number of defendant's attorney_

Office 504       Louisville Ky
200 South 7th St      40202
_Address of defendant's attorney_

Clark @ jclarkbaird.com
_E-mail address of defendant's attorney_

(502) 583-3388
_Telephone number of defendant's attorney_

(502) 583-8007
_FAX number of defendant's attorney_