UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAR 21 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

VS.                                           CRIMINAL ACTION NUMBER: 3:16mJ-138

John Trenfeldt                                                      DEFENDANT

### ACKNOWLEDGMENT OF RIGHT TO APPOINTMENT OF COUNSEL

I, the defendant in the above-styled case, having been advised by the United States Magistrate Judge of my right to be represented by counsel, and having been asked by the Magistrate Judge if I desire counsel to be appointed, do hereby, in open Court voluntarily waive appointment of counsel.

Date: 3/21/16

_____
Defendant

_____
Defense Counsel