

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

JOHN TREUFELDT

INDICTMENT

NO. 3:16CR-40-DJH

18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2253

The Grand Jury charges:

## COUNT 1

On or about and between December 4, 2014, and February 28, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JOHN TREUFELDT**, knowingly received child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped and transported, in and affecting interstate and foreign commerce, by any means, including by computer, that is, the Internet.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1), as alleged in Count 1 of this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **JOHN TREUFELDT**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all visual depictions which were produced, transported, mailed,

shipped or received in violation of the law, and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:JEL:160330

UNITED STATES OF AMERICA v. JOHN TREUFELDT

## PENALTIES

Count 1        NL 5 yrs./NM 20 yrs./$250,000/both//NL 5 yrs./NM Life Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:    $ 25 per count/individual          Felony:    $100 per count/individual
                  $125 per count/other                             $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY   40202
              502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY   42101
                 270/393-2500

OWENSBORO:   Clerk, U.S. District Court
             126 Federal Building
             423 Frederica
             Owensboro, KY   42301
             270/689-4400

PADUCAH:   Clerk, U.S. District Court
           127 Federal Building
           501 Broadway
           Paducah, KY   42001
           270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

JOHN TREUFELDT

## INDICTMENT
Title 18 U.S.C. §§ 2252A(a)(2)(A); 2252A(b)(1): Receipt of Child Pornography, Mailed, Shipped, and Transported in Interstate Commerce Via the Internet.

*A true bill.*

_____
*Foreperson*

*Filed in open court this 5th day, of April, A.D. 2016.*

_____
*Clerk*

*Bail, $*



FILED
VANESSA L. ARMSTRONG, CLERK
APR - 5 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY