

# Case Assignment
## Standard Criminal Assignment

Case number **3:16CR-40-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 4/5/2016 11:33:44 AM
Transaction ID: 2543

[ Request New Judge ]  [ Return ]