UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                             PLAINTIFF

*vs.*                                                           CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT                                                                       DEFENDANT

**ORDER**

This matter is before the Court on motion of the United States of America to extend all deadlines and continue the trial currently scheduled for July 6, 2016. The Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

1. The motion to extend all deadlines is **GRANTED**;

2. The case is remanded from the trial docket;

3. The interests of justice are best served by allowing both parties the opportunity to receive and review laboratory analysis of the digital devices in order to adequately prepare for trial;

4. The time between the filing of the instant motion and the rescheduled trial is excluded from calculations under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); and

5. The matter is set for trial on _____.