UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

*vs.*                                       CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT                                                  DEFENDANT

*- Filed Electronically -*

**<u>MOTION TO EXTEND DEADLINES AND CONTINUE TRIAL</u>**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to extend all deadlines and continue the trial currently scheduled for August 30, 2016.   *See* DN 20.

Counsel for the United States acknowledges that this is the second such request. However, the examination of digital devices seized by the Federal Bureau of Investigation from the defendant's residence pursuant to a federal Search Warrant has not been completed due to a backlog at the laboratory facility.   In spite of numerous requests by undersigned counsel, the materials have not been received.   Therefore, discovery cannot be completed.

The United States requests continuance of the currently scheduled trial pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), to allow both parties reasonable time necessary for effective trial preparation.   Continuances granted due to a testing backlog at law enforcement laboratories are appropriately excluded under the Speedy Trial Act.   *See, e.g., United States v. Van Chase*, 137 F.3d 579, 583 (8th Cir. 1998).   Counsel has exercised due diligence in this action.

Therefore, the United States respectfully requests the Court to extend all deadlines set out in DN 20 for a period of sixty days to allow for forensic examination of the evidence to be

completed and discovery provided to defense counsel.    Additionally, the United States

respectfully requests that the trial be remanded and rescheduled by further Order of the Court.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

Certificate of Service

I hereby certify that a copy of the foregoing was served on defense counsel through the Court's ECF system on July 22, 2016.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney

2