PS 42
(Rev. 7/93)

# United States District Court
Western District of Kentucky

United States of America )
)
vs. )
John Treufelt )
) Case No. 3:16CR00040

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____John Treufelt_____, have discussed with _____Mike Clements_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Request the Court to modify the defendant's current condition with states:

"No unsupervised contact with minors including his own children" to "No unsupervised contact with minors excluding his own children."

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  27 Jun 16   Mike Clements
Signature of Defendant    Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____   6/29/16
Signature of Defense Counsel   Date

☒ The above modification of conditions of release is ordered, to be effective on   7/25/2016
☐ The above modification of conditions of release is *not* ordered.

_____
Signature of Judicial Officer    Date