**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
***Electronically Filed***

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                            **CASE NO: 3:16-cr-40-DJH**

**JOHN TREUFELDT**                                                    **DEFENDANT**

## MOTION TO MODIFY BOND CONDITIONS

Comes the Defendant, by counsel, and hereby respectfully moves this Honorable Court to

modify the Defendant's bond conditions as follows:

1.      The Defendant has two school aged children (14 years old and 16 years old) who both need to use the internet for daily school requirements.

2.      The Defendant has been placed on leave from his employment due to the fact that the supervisors do not want him in the workplace. The Defendant's leave has been paid to this point but the pay is about to be terminated. The Defendant may have the option of working remotely from home which would allow him to continue to support his family.

3.      The Defendant has been under the treatment and care of Dr. Bruce Hardy to address his mental health issues and sex addictions. He has been active and engaged in his recovery process.

4.      The Defendant has completely complied with the conditions of his bond.

5.      The Defendant's minor children have undergone a forensic interview and it was determined there was no abuse by the Defendant.

6.      The Defendant would allow Pretrial to install monitoring software into his family computer to insure that no pornography or illicit materials are viewed.

7.      The Defendant's family would only need one electronic device, such as a desktop or a laptop, to meet the family's needs which would limit the Defendant's access to a single device that is being monitored by Pretrial.

THEREFORE, the Defendant respectfully moves this Honorable Court to modify his bond conditions to allow one electronic device with internet access in his family home to be monitored by Pretrial.

Respectfully submitted,

/s/: J. CLARK BAIRD

J. CLARK BAIRD
Counsel for Defendant Treufeldt
Office 504 Republic Plaza
200 South 7th Street
Louisville, KY 40202
(502) 583-3388 office
(502) 583-8007 fax
Clark@jclarkbaird.com email

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2016  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, Jo Lawless

/s/ J. CLARK BAIRD

J. CLARK BAIRD
Counsel for Defendant