**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
***Electronically Filed***

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                          **CASE NO: 3:16-cr-40-DJH**

**JOHN TREUFELDT**                                          **DEFENDANT**

<u>**ORDER**</u>

Motion having been made and the Court being sufficiently advised IT IS HEREBY
ORDERED that the Defendant's Motion to Modify Bond Conditions to allow one electronic
device with internet access to be monitored by Pretrial in his family home  IS GRANTED.

SO ORDERED