UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                            CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT                                                        DEFENDANT

*- Filed Electronically -*

**RESPONSE TO MOTION TO MODIFY BOND CONDITIONS**

    Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, in response to the defendant's motion to modify his bond conditions. After consultation with the supervising United States Probation Officer, the United States has no objection to the requested modification.

    Respectfully submitted,

    JOHN E. KUHN, JR.
    United States Attorney

    */s/ Jo E. Lawless*
    Jo E. Lawless
    Assistant United States Attorney
    717 West Broadway
    Louisville, Kentucky 40202
    (502) 625-7065
    (502) 582-5097 (Fax)

Certificate of Service

    I hereby certify that a copy of the foregoing was served on defense counsel through the Court's ECF system on September 19, 2016.

    */s/ Jo E. Lawless*
    Jo E. Lawless
    Assistant United States Attorney