UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

*vs.*                                                 CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT                                                                  DEFENDANT

## **ORDER**

This matter is before the Court on the defendant's motion to modify his pretrial bond conditions. The United States responded to the motion and noted no objection to the request.

**IT IS ORDERED** as follows:

1. The motion is GRANTED; and

2. The defendant shall be allowed one electronic device with internet access in his family home to be monitored by the United States Probation Office.