UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                 Criminal Action No. 3:16-cr-40-DJH

JOHN TREUFELDT,                                                                 Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on September 19, 2016, with the following counsel participating:

    For the United States:    Jo Lawless

    For Defendant:    J. Clark Baird

The Court and counsel discussed the status of the case. Counsel for the United States advised the Court that she had received materials from the FBI laboratory and would forward them to defense counsel.

September 19, 2016

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1