**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**
*Electronically Filed*


**UNITED STATES OF AMERICA**                                              **PLAINTIFF**


**v.**                                              **CASE NO: 3:16-cr-40-DJH**


**JOHN TREUFELDT**                                              **DEFENDANT**


<u>UNOPPOSED MOTION TO CONTINUE</u>

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court continues the trial, pretrial dates, motion deadlines and deadlines herein. Counsel for the Defendant states he has not received nor reviewed all the discovery in this case.

Counsel for the Defendant states that he has conferred with the Assistant United States Attorney, whom offered no objection to the continuance.

WHEREFORE, the Defendant through counsel respectfully requests that the trial, pretrial dates and deadlines herein be continued.

Respectfully submitted,


s/ J. Clark Baird _____
J. CLARK BAIRD
Counsel for Defendant
Suite 504, Republic Plaza
200 South 7th St.
Louisville, KY 40202
PHONE: (502) 583-3388
FAX: (502) 583-8007
EMAIL:  clark@jclarkbaird.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 28, 2016  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, Jo Lawless

/s/ J. CLARK BAIRD

J. CLARK BAIRD
Counsel for Defendant