UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                  **PLAINTIFF**

v.                  **CASE NO: 3:16-cr-40-DJH**

**JOHN TREUFELDT**                  **DEFENDANT**

### ORDER

Motion having been made and the Court having been advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue IS GRANTED.

SO ORDERED