UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-40-DJH

JOHN TREUFELDT, Defendant.

\* \* \* \* \*

## ORDER

Defendant John Treufeldt has filed a motion to modify the bond conditions previously set in this matter. (Docket No. 26) The United States does not oppose Treufeldt's request. (*See* D.N. 27) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion to modify bond conditions (D.N. 26) is **GRANTED**. The conditions of release are **MODIFIED** to allow one electronic device with internet access at Treufeldt's home. The United States Probation Office shall install monitoring software on the device and shall promptly report any infraction.

October 3, 2016

David J. Hale, Judge
United States District Court

1