UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                                             **CASE NO: 3:16-cr-40-DJH**

**JOHN TREUFELDT**                                            **DEFENDANT**

___

### Unopposed Motion for Release

      Comes the Defendant, by counsel, and hereby respectfully moves this Honorable Court for permission to travel to Richfield, Ohio to visit his ill father, John Treufeldt, Sr.. The Defendant's father is 74 years old and his health is declining due to chronic end-state CPOD. His carbon dioxide ($CO_2$) levels have recently elevated causing dementia-like symptoms, where he has been having conversations of past events, as if they are presently happening as well as states he feels that his life is coming to an end. The Defendant would like to go check on his father either November 11th-13th, November 18th-20th or an alternative set of sets in December to assess whether or not he requires further medical attention, in-home assistance and care or if he needs to be placed in an assisted living facility.

      Further, the home of the Defendant's father is approximately five hours away and his father's physical address as well as a travel itinerary with check-ins will be provided to US Pretrial Officer Clements. Additionally, the Defendant will be accompanied by another responsible adult, will wear his GPS monitoring device and will not have access to or use of digital devices with internet capabilities.

      Counsel for the Defendant contacted US Pretrial Officer Clements and the United States

and both indicated they have no objection to this Motion.

                                                  Respectfully submitted,

                                                  s/ J. Clark Baird
                                                  J. CLARK BAIRD
                                                  Counsel for Defendant
                                                  Suite 504, Republic Plaza
                                                  200 South 7th St.
                                                  Louisville, KY 40202
                                                  PHONE: (502) 583-3388
                                                  FAX: (502) 583-8007
                                                  EMAIL: clark@jclarkbaird.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2016  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, Jo Lawless

                                                 /s/ J. CLARK BAIRD
                                                 J. CLARK BAIRD
                                                 Counsel for Defendant