UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CASE NO: 3:16-cr-40-DJH** |
| **JOHN TREUFELDT** | **DEFENDANT** |

### ORDER

Motion having been made and the Court having been advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion for Release to Travel IS GRANTED. The Defendant will wear his GPS monitoring device, travel with another responsible adult, provide US Pretrial Officer Clements with his travel itinerary with check-ins and will not have access to or use of digital devices with internet capabilities.

SO ORDERED