UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**v.**                                     **CASE NO: 3:16-cr-40-DJH**

**JOHN TREUFELDT**                                               **DEFENDANT**

## UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court continues the trial, pretrial dates, motion deadlines and deadlines herein. Counsel for the Defendant states that he was just this week able to view the discovery on the case.

Counsel for the Defendant states that he has conferred with the Assistant United States Attorney, whom offered no objection to the continuance.

WHEREFORE, the Defendant through counsel respectfully requests that the trial, pretrial dates and deadlines herein be continued.

                                                            Respectfully submitted,

                                                            s/ J. Clark Baird
                                                            J. CLARK BAIRD
                                                            Counsel for Defendant
                                                            Suite 504, Republic Plaza
                                                            200 South 7th St.
                                                            Louisville, KY 40202
                                                            PHONE: (502) 583-3388
                                                            FAX: (502) 583-8007
                                                            EMAIL: clark@jclarkbaird.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 30th, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, Jo Lawless

/s/ *J. CLARK BAIRD*

J. CLARK BAIRD
Counsel for Defendant