UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:16-cr-40-DJH

JOHN TREUFELDT,                                                                        Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING

A detention hearing was held in this matter on March 7, 2017, with the following counsel participating:

    For the United States:    Jo Lawless

    For Defendant:    J. Clark Baird

The Court heard argument as to whether Defendant should be detained pending sentencing. For the reasons stated on the record, the Court found that there were not "exceptional reasons" warranting release pursuant to 18 U.S.C. § 3145(c). It therefore ordered that Defendant be detained in accordance with 18 U.S.C. § 3143(a)(2).

March 7, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/30(c)
Court Reporter: Dena Legg