UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA						PLAINTIFF

*vs.*								CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT								DEFENDANT

– *ELECTRONICALLY FILED* –
**MOTION TO ACCEPT LATE FILING**

    Comes the United States of America, through counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to accept late filing of its Sentencing Memorandum. The United States was not served with the defendant's objections to the PSR. Similarly, the United States did not receive a copy of the defendant's Sentencing Memorandum until communicating with defense counsel about the nature of the motion to seal and sealed document filed on June 9, 2017. That communication occurred on June 12, 2017. The defense e:mailed a copy of the Sentencing Memorandum to undersigned counsel on June 13, 2017. However, counsel for the United States was out of the office due to a family medical emergency the entirety of June 13, 2017.

    For these reasons, it is respectfully requested that the Court accept the late filing of the United States' Sentencing Memorandum – addressing issues that remain in dispute for the upcoming sentencing hearing.

    Respectfully submitted,

    JOHN E. KUHN, JR.
    United States Attorney

    /s/ *Jo E. Lawless*
    Jo E.  Lawless
    Assistant United States Attorney
    717 West Broadway
    Louisville, Kentucky 40202
    (502) 625-7065
    Fax (502) 582-5097

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by electronic means through the Court's ECF system on June 14, 2017, to defense counsel.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney