UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA					PLAINTIFF

*vs.*								CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT							DEFENDANT

## **ORDER**

This matter is before the Court on motion of the United States of America to accept late filing of its Sentencing Memorandum. **IT IS ORDERED** that the motion is **GRANTED**.