UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| *vs*. | CRIMINAL ACTION NO. 3:16CR-40-DJH |
| JOHN TREUFELDT | DEFENDANT |

### ORDER

This matter is before the Court on motion of the United States of America to accept late filing of its Sentencing Memorandum.  **IT IS ORDERED** that the motion is **GRANTED**.

June 19, 2017

*(signature)*

**David J. Hale, Judge**
**United States District Court**