UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA             PLAINTIFF

*vs*.             CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT             DEFENDANT

## ORDER

This matter is before the Court on motion of the United States of America to accept late filing of its Sentencing Memorandum. **IT IS ORDERED** that the motion is **GRANTED**.

June 19, 2017

**David J. Hale, Judge**
**United States District Court**