UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:16-cr-40-DJH

JOHN TREUFELDT,                                                                           Defendant.

\* \* \* \* \*

## ORDER

Defendant John Treufeldt has moved to seal his sentencing memorandum and certain other documents filed in advance of his sentencing hearing. (Docket Nos. 45, 47; *see* D.N. 46, 48)  Having reviewed the documents, the Court sees no need for Treufeldt's sentencing memorandum to be sealed.  However, given that the exhibits attached to Docket No. 48 contain personal identifying information as well as financial information regarding persons other than the defendant, the Court finds sealing those materials to be appropriate.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The motion to seal Treufeldt's sentencing memorandum (D.N. 45) is **DENIED**. Docket No. 46 shall be **UNSEALED**.

(2) The motion for leave to file other documents under seal (D.N. 47) is **GRANTED**. Docket No. 48-1 shall be **SEALED**.

June 20, 2017

**David J. Hale, Judge**
**United States District Court**