

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 21 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                            Criminal Action No. 3:16-cr-040-DJH

JOHN TREUFELDT,                                              Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

June 21, 2017                                    _____
Date                                                   Defendant's Signature