USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 2 - Imprisonment

Judgment-Page 3 of 8

DEFENDANT: **Treufeldt, John**
CASE NUMBER: **3:16-CR-40-1-DJH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total **term of 97 months as to Count 1 of the Indictment.**

☒ The Court recommends to the Bureau of Prisons that the defendant be housed as close to home as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.M. / P.M. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ Before 2:00 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

  ☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

*[FILED stamp: 17 AUG -7 PM 4:06, U.S. DISTRICT COURT CLERK, WESTERN DISTRICT OF KY]*

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on **7·26·17** To **FCI Ashland**

at **Ashland, KY**, with a certified copy of this judgment.

Thomas B. Smith / Warden

By _____ / CSO.