UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

*vs*.                                        CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT                                                 DEFENDANT

*- Filed Electronically -*

## MOTION TO ACCEPT LATE FILING

       Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to accept late filing of its request for an Order of restitution in the above-referenced case. On the date of sentencing, June 21, 2017, the Court granted the parties 90 days within which to present additional information on the issue of restitution. Materials specifically addressing the victims' requests were forwarded to the Court within three weeks of the sentencing hearing. However, the deadline for filing a written request for restitution was neither docketed nor calendared – due to clerical error in the United States Attorney's Office. Undersigned counsel respectfully asks the Court to accept the late filing of the written motion for restitution.

                                                    Respectfully submitted,

                                                    RUSSELL M. COLEMAN
                                                    United States Attorney

                                                    */s/ Jo E. Lawless*
                                                    Jo E. Lawless
                                                    Assistant United States Attorney
                                                    717 West Broadway
                                                    Louisville, Kentucky 40202
                                                    (502) 625-7065
                                                    (502) 582-5097 (Fax)

<u>Certificate of Service</u>

  I hereby certify that a copy of the foregoing was served on defense counsel through the Court's ECF system on September 24, 2017.

            /s/ *Jo E. Lawless*
            Jo E. Lawless
            Assistant United States Attorney