UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

*vs.*     CRIMINAL ACTION NO. 3:16CR-40-DJH

JOHN TREUFELDT     DEFENDANT

## **ORDER**

This matter is before the Court on motion of the United States of America to accept late filing of its request for an Order of restitution in the above-referenced case. **IT IS ORDERED** that the motion is **GRANTED**.