UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:16CR-40-DJH |
| JOHN TREUFELDT | DEFENDANT |

### ORDER OF RESTITUTION

This matter is before the Court on motion of the United States of America for an Order of restitution in the above-referenced case. Having reviewed the motion as well as the materials submitted by counsel for the identified victims, **IT IS ORDERED** that the motion for restitution is **GRANTED**. **IT IS FURTHER ORDERED** that the defendant shall pay **$5,000.00** to each of the identified victims who sought restitution, for a total of $25,000.00, and that payments shall be distributed as follows:

1. "Chelsea" of the "2crazygurls" series –
   Lenihan Law, PLLC, 2655 Villa Creek, Suite 204, Dallas, Texas 75234;

2. "Casseaopeia" of the "Lighthouse" series –
   Marsh Law Firm, PLLC, Box 4668 #65135, New York, New York 10163-4668;

3. "Jenny" of the "Jenny" series –
   Marsh Law Firm, PLLC, Box 4668 #65135, New York, New York 10163-4668;

4. "Erin" of the "Blues Pink" series –
   Marsh Law Firm, PLLC, Box 4668 #65135, New York, New York 10163-4668; and

5. "Fiona" of the "Blues Pink" series --
   Marsh Law Firm, PLLC, Box 4668 #65135, New York, New York 10163-4668.