UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-40-DJH

JOHN TREUFELDT, Defendant.

\* \* \* \* \*

### ORDER

Defendant John Treufeldt was sentenced in this matter on June 21, 2017. (Docket No. 54) During the sentencing hearing, the Court and counsel discussed the issue of restitution and agreed that final determination of that issue would be deferred for 90 days pursuant to 18 U.S.C. § 3664(d)(5). The Judgment and Commitment Order entered following the hearing stated that Treufeldt was liable for restitution but that the payees and amount would "be determined at a later date." (D.N. 55, PageID # 225) On September 24, 2017—after the 90-day deadline had passed—the United States moved the Court to accept a late a motion for restitution, explaining that the motion was not filed within the statutory deadline due to a clerical error in the United States Attorney's Office. (D.N. 58) Treufeldt did not object to that request or to the motion for restitution filed the same day (D.N. 59).

Although § 3664 requires that the final restitution determination occur within 90 days after sentencing, this deadline is not jurisdictional. Rather, "a sentencing court that misses the 90-day deadline nonetheless retains the power to order restitution" if the Court "made clear prior to the deadline's expiration that it would order restitution, leaving open (for more than 90 days) only the amount." *Dolan v. United States*, 560 U.S. 605, 608 (2010). In this case, Treufeldt was aware, both from the discussion during the sentencing hearing and the Judgment and

Commitment Order entered thereafter, that restitution would be imposed.  Moreover, he does not oppose the government's motions.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)    The Motion to Accept Late Filing (D.N. 58) is **GRANTED**.

    (2)    The Motion for Order of Restitution (D.N. 59) is **GRANTED**.  A restitution order will be entered separately.

January 3, 2018

**David J. Hale, Judge**
**United States District Court**