TRULINCS 18293033 - TREUFELDT, JOHN - Unit: ASH-K-B

--------------------------------------------------------------------------------------------------------------

FROM: 18293033 TREUFELDT, JOHN
TO: Warden
SUBJECT: ***Request to Staff*** TREUFELDT, JOHN, Reg# 18293033, ASH-K-B
DATE: 01/10/2021 06:35 PM

To: Warden Lemaster -CompRelFollowup
Inmate Work Assignment: IND I

Sir:
    Have you had a chance to review my request yet?
Thank you.
-----TREUFELDT, JOHN on 12/25/2020 5:17 PM wrote:


>

I am asking for compassionate release/reduction in sentence under S 3582(c)(1)(a) due to the extraordinary and compelling
reasons explained below.

    I am a 55-year old veteran suffering from sleep apnea. Without my CPAP machine my blood oxygen falls below 80%. While
my sleep apnea might not be widely documented, it did stop me from returning to Unicor in April because Unit R could not
support my CPAP machine. While in Iraq (two tours) I was exposed to various chemicals in the environment which escaleted
my health problems. At age 5 I contracted viral encephelitis which resulted in auditory nerve damage and deafness in my right
ear.

    Since incarcerated I stayed busy with work and programming. I have a strong work ethic - I always strive for excellence and
give 100% in whatever I do. I started work in the Food Service kitchen washing pots and pans, was promoted to grade 2 during
that year. Then in December 2018 I started at Unicor. Again I worked hard and was promoted to grade 1 in the minimal time. I
became the primary operator of my edgebanding machine when a grade 3. I am also in the machinist apprenticeship program
and completed over 3,500 hours of the 8,000 hour program.

    I made sure that I paid off my court fee and fine totaling $5,100 showing fininacial responsibility. My custody classification
and PATTERN assessment are both low and minimum respectively. I completed 55% of my sentence so far.

    With respect to programming, I took classes that have meaning to me, enrich me, and make me a better person. I took the
Victim Impact class. This course re-emphasized how the choices I made led me to prison and affected more than just me. It
also had a lasting effect on family and friends. For this, I am truly sorry. I also took many religious programs which bring me
closer to my God and continue to develop my spiritual relationship with him. This is very important to me.

    My release plan: If I am released my wife or any of five other adult relatives would pick me up from this institution. During
my mandatory quarantine period, I will contact the Veteran's Administration to resume medical care under them that is
necessary for my continued health. I wil resume 12-step meetings after gaining approval from the Parole Officer. I was allowed
bond after arrest so my residence was approved previously. I am not a danger to society. I will take any job that I can to
provide for my family. I have maunaul and professional skills that apply to a wide range of careers. I wish to resume being a
useful and productive member of society. I fear for my life in here. I do not wish to die in prison. I was sentenced to 97 months
- not a death sentence. A death sentence via COVID-19 is justifiably cruel. I hope that you will grant my request for
compassionate release.

Thank you for your time and consideration.

```
   ASHAU  606.00  *     MALE CUSTODY CLASSIFICATION FORM      *      10-20-2020
 PAGE 001 OF 001                                                       11:58:44
                            (A) IDENTIFYING DATA
   REG NO..: 18293-033              FORM DATE: 10-20-2020          ORG: ASH
   NAME....: TREUFELDT, JOHN
                                          MGTV: NONE
 PUB SFTY: SEX OFFN                        MVED:
                             (B) BASE SCORING
 DETAINER: (0) NONE                 SEVERITY.......: (5) HIGH
 MOS REL.: 38                       CRIM HIST SCORE: (00) 0 POINTS
 ESCAPES.: (0) NONE                 VIOLENCE.......: (0) NONE
 VOL SURR: (0) N/A                  AGE CATEGORY...: (0) 55 AND OVER
 EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                             (C) CUSTODY SCORING
 TIME SERVED.....: (4) 26-75%       PROG PARTICIPAT: (2) GOOD
 LIVING SKILLS...: (2) GOOD         TYPE DISCIP RPT: (5) NONE
 FREQ DISCIP RPT.: (3) NONE         FAMILY/COMMUN..: (4) GOOD


                      --- LEVEL AND CUSTODY SUMMARY ---

 BASE CUST VARIANCE   SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +5    +20    -4        +1        LOW          N/A             IN     DECREASE



 G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

## MALE PATTERN RISK SCORING

| Register Number: | 18293-033 | Date: | 10/20/2020 |
| --- | --- | --- | --- |
| Inmate Name: | TREUFELDT | JOHN | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
| --- | --- | --- | --- | --- | --- |
| 1. Current Age<br>51-60<br>Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | 7 | 0 | 4 |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction<br>Yes | No | 0 | 1 | 0 | 0 |
| | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN)<br>No | No | 0 | 0 | 0 | 0 |
| | Yes | 5 | | 5 | |
| 4. Criminal History Points<br>0 - 1 Points | 0 - 1 Points | 0 | 0 | 0 | 0 |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score<br>HS Degree / GED | Not Enrolled | 0 | -4 | 0 | -2 |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status<br>No Need | No DAP Completed | 0 | -9 | 0 | -3 |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months)<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months)<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| 13. FRP Refuse<br>NO | NO | 0 | 0 | 0 | 0 |
| | YES | 1 | | 1 | |
| 14. Programs Completed<br>2 - 3 | 0 | 0 | -4 | 0 | -2 |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs<br>>1 Program | 0 Programs | 0 | -2 | 0 | -2 |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | -11 | Violent: | -5 |
| General/Violent Risk Levels | | General: | Minimum | Violent: | Minimum |
| OVERALL MALE PATTERN RISK LEVEL | | | **Minimum** | | |