From: John Treufeldt Jr. 18293-033
      Federal Correctional Institution
      P.O. Box 6001
      Ashland, Ky 41105-6001

To:   United States District Court
      Western Kentucky District
      Gene Snyder United States Courthouse
      601 West Broadway, Suite 106
      Louisville, Ky 40202-2238

Date: 14 Jan 2021

Re:   Case No. 3:16-CR-40-1-DJH

    Please find enclosed a motion for compassionate release/reduction in Sentence. Please file this motion with the Court.

    I am an inmate confined to an institution. I am depositing this motion in the institution's mailing system on this date. First Class Postage is being prepaid by me. I declare under the penalty of perjury that the foregoing is true and accurate. (See **28 U.S.C.§ 1746; 18 U.S.C.§1621**).

                                                                                    Sincerely,

                                                                                   John Treufeldt Jr.

John Treufeldt 18295-033
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105









7018 0360 0002 1697 2662

Gene Snyder United States Courthouse
601 West Broadway, Suite 106
Louisville, KY 40202-2238

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 JAN 19 PM 3:52