UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                       Criminal Action No. 3:16-cr-40-DJH

JOHN TREUFELDT,                                                             Defendant.

* * * * *

## **ORDER**

This matter is before the Court on Defendant John Treufeldt's *pro se* motion for compassionate release in light of the COVID-19 pandemic (Docket No. 62).

Under 18 U.S.C. § 3582(c), as amended by the First Step Act, a defendant may make a direct request to the court for compassionate release "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]"  18 U.S.C. § 3582(c)(1)(A)(i).  The requirement in § 3582(c)(1)(A) is "mandatory" and is not subject to any "judge-made exceptions." *United States v. Alam*, 960 F.3d 831, 834 (6th Cir. 2020).

Defendant reports that he made his request to the warden on December 25, 2020.  He, therefore, has not waited for the lapse of 30 days thereafter before filing the instant motion for compassionate release.  Because Defendant has not complied with the statutory requirements, the motion will be denied.  *Id.* at 836 (approving dismissal without prejudice where prisoner did not meet the statutory requirements of § 3582(c)(1)(A) before filing a motion for compassionate release based on COVID-19).

Accordingly, it is hereby

**ORDERED** that Defendant's motion for compassionate release (DN 62) is **DENIED**

**without prejudice**.

The Court will expedite any subsequent motion for compassionate release filed after

Defendant meets the statutory requirements of 18 U.S.C. § 3582(c)(1)(A).

Date: January 22, 2021

David J. Hale, Judge
United States District Court

cc:     Defendant, *pro se*
        U.S. Attorney
4415.005