FROM: John Treufeldt Jr  18293-033
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105-6001

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 JAN 29 PM 3:23

TO: Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

DATE: 25 JAN 2021

RE: Case No. 3:16-CR-40-1-DJH

In response to the order dated Jan. 22, 2021, I am now sending a copy of the request to the Warden for Compassionate Release/Reduction in Sentence under § 3582(c)(1)(a). As you will note in this document, it also shows that the Warden replied (and denied), this request on Jan. 15, 2021.

I hope that this now fulfills my obligation to exhaust my administrative remedies. I would really appreciate moving forward with this case.

Thank you for your time and consideration

John Treufeldt, Jr
18293-033

John Treufeldt 18293-033
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

CHARLESTON WV 250

27 JAN 2021 PM 4 L



Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

40202-224999