TRULINCS 18293033 - TREUFELDT, JOHN - Unit: ASH-K-B

---

FROM: Warden
TO: 18293033 TREUFELDT, JOHN
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/15/2021 09:02 AM

Mr. Treufeldt,

According to Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation, dated January 17, 2019, you have been reviewed based on the criteria in the Program Statement. Your early release would minimize the severity of your offense(which is a sex offense) as you have only served 56.3% of your sentence.  Based on all of these factors, your request has been denied.

>>> ~^!"TREUFELDT, ~^!JOHN" <18293033@inmatemessage.com> 12/25/2020 5:17 PM >>>
To: Warden LeMaster
Inmate Work Assignment: IND I

I am asking for compassionate release/reduction in sentence under S 3582(c)(1)(a) due to the extraordinary and compelling reasons explained below.

    I am a 55-year old veteran suffering from sleep apnea. Without my CPAP machine my blood oxygen falls below 80%. While my sleep apnea might not be widely documented, it did stop me from returning to Unicor in April because Unit R could not support my CPAP machine. While in Iraq (two tours) I was exposed to various chemicals in the environment which escaleted my health problems. At age 5 I contracted viral encephelitis which resulted in auditory nerve damage and deafness in my right ear.

    Since incarcerated I stayed busy with work and programming. I have a strong work ethic - I always strive for excellence and give 100% in whatever I do. I started work in the Food Service kitchen washing pots and pans, was promoted to grade 2 during that year. Then in December 2018 I started at Unicor. Again I worked hard and was promoted to grade 1 in the minimal time. I became the primary operator of my edgebanding machine when a grade 3. I am also in the machinist apprenticeship program and completed over 3,500 hours of the 8,000 hour program.

    I made sure that I paid off my court fee and fine totaling $5,100 showing fininacial responsibility. My custody classification and PATTERN assessment are both low and minimum respectively. I completed 55% of my sentence so far.

    With respect to programming, I took classes that have meaning to me, enrich me, and make me a better person. I took the Victim Impact class. This course re-emphasized how the choices I made led me to prison and affected more than just me. It also had a lasting effect on family and friends. For this, I am truly sorry. I also took many religious programs which bring me closer to my God and continue to develop my spiritual relationship with him. This is very important to me.

    My release plan: If I am released my wife or any of five other adult relatives would pick me up from this institution. During my mandatory quarantine period, I will contact the Veteran's Administration to resume medical care under them that is necessary for my continued health. I wil resume 12-step meetings after gaining approval from the Parole Officer. I was allowed bond after arrest so my residence was approved previously. I am not a danger to society. I will take any job that I can to provide for my family. I have maunaul and professional skills that apply to a wide range of careers. I wish to resume being a useful and productive member of society. I fear for my life in here. I do not wish to die in prison. I was sentenced to 97 months - not a death sentence. A death sentence via COVID-19 is justifiably cruel. I hope that you will grant my request for compassionate release.

Thank you for your time and consideration.