UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,					Plaintiff,

v.									Criminal Action No. 3:16-cr-40-DJH

JOHN TREUFELDT,							Defendant.

\* \* \* \* \*

**ORDER**

Defendant John Treufeldt has filed a second *pro se* motion for compassionate release based on his health concerns amid the ongoing COVID-19 pandemic (Docket No. 64). He previously filed a motion for compassionate release (DN 62), which the Court denied without prejudice to filing a subsequent motion after meeting the statutory exhaustion requirements of 18 U.S.C. § 3582(c)(1)(A) (DN 63). In the second motion, Defendant attaches documentation showing the steps he took to exhaust. Accordingly, it is hereby

**ORDERED** that **the United States shall file a response** to Defendant's first and second motions for compassionate release (DNs 62 and 64) within **14 days** from the entry date of this Order, stating its position with respect to the motion and specifically including information regarding Defendant's adjustment to institutional life and any history of disciplinary actions.

Date: February 11, 2021

David J. Hale, Judge
United States District Court

cc:	Defendant, *pro se*
	U.S. Attorney
4415.005