UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:16CR-40-DJH |
| JOHN TREUFELDT | DEFENDANT |

**ORDER**

This matter is before the Court on the United States of America's motion to file exhibits to its response DN 66 (response to defendant's motions for compassionate release – DN 62 & 64), under seal. **IT IS ORDERED** that the motion is **GRANTED**.

March 1, 2021

David J. Hale, Judge
United States District Court