From: John Treufeldt. Jr. #18293-033
      Federal Correctional Institution
      P.O. Box 6001
      Ashland, Kentucky 41105-6001

To:   Office of the Clerk
      United States District Court
      106 Gene Snyder U.S. Courthouse
      601 West Broadway
      Louisville, Kentucky 40202-2249

Date: 12 March 2021

Re:   Case No. 3:16-CR-40-1-DJH

Please find enclosed a reply to DN66 (response to Defendant's motion for compassuibnate release). Please file this motion with the Court. I am an inmate confined to an institution. I am depositing this motion in the institution's mailing system on this date. First class postage is prepaid. I declare under the penalty of perjury that the foregoing is true and accurate. (See 28 U.S.C.§ 1746, 18 U.S.C.§ 1621.

Sincerely,

John Treufeldt Jr.