FROM: John Treufeldt Jr. #18293-033
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105-6001

FILED
JS DISTRICT JS
WESTERN DISTRICT COURT CLERK
OF KY
21 JUN 16 PM 3:08

TO: Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202-2249

DATE: 13 June 2021

RE: Case No. 3:16-CR-40-1-DJH

Clerk:

I have two requests. What is the status of my compassionate release motion (DN 62 & 64 filed 25 Jan). And please send a copy of the public docket to me at above address. Thank you.

Respectfully,

*(signature)*

John Treufeldt

JOHN TREUFEWI
18293-033
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 6001
ASHLAND, KY 41105-6001

CHARLESTON WV 250

14 JUN 2021 PM 2 L

FILED JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 JUN 16 PH 3:08

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 GENE SNYDER U.S. COURTHOUSE
601 WEST BROADWAY
LOUISVILLE, KY 40202-2249

40202-224999